IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | Misc. Num. 3:07-mc-5008-JFA |
| | ) | |
| | ) | ORDER |
| | ) | |
| Darrine N. Chieves | ) | |
| | ) | |
| _____ | ) | |

For good cause shown, this court's order of April 16, 2007 is hereby rescinded. A copy of this order shall be sent to the U.S. Marshals Service.

IT IS SO ORDERED.

April 4, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge